NO OPINION
# 04768
ISSUED